# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THE CADLE COMPANY, II, INC.

VERSUS

ROGER D. LINDER AND GENERAL
MILES BIGGS, JR. A/K/A  G.
MILES BIGGS, JR.

NO.   2020 CW 0681

**OCTOBER 12, 2020**

---

In Re:   The Cadle Company, II, Inc., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201715112.

---

BEFORE:   **HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT